1
2
3
4
5

Steven W. Ritcheson, Esq.
INSIGHT, PLC
578 Washington Blvd., #503
Marina del Rey, CA 90292
Telephone:  (818) 744-8714
Fax:  (818) 337-0383
Email:  swritcheson@insightplc.com

6
7

Attorneys for Plaintiff
SONOHM LICENSING LLC, a Texas limited liability company

8
9
10
11
12

Alan Chen (SBN 224420)
Rimon, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: 213.375.3811
Email: alan.chen@rimonlaw.com

13
14

Attorneys for
BROADAX SYSTEMS INCORPORATED

15

16
17

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

18

PATENT

**SONOHM LICENSING LLC,**

19

Case No. 5:20-cv-01776 AB(AFMx)

20

Plaintiff,

21

v.

**AGREED MOTION TO STAY**
**AND NOTICE OF SETTLEMENT**

22
23

**BROADAX SYSTEMS**
**INCORPORATED,**

24

Defendant.

25
26
27
28

Plaintiff Sonohm Licensing LLC and Defendant Broadax Systems

Incorporated hereby notify the court that they have reached an agreement in

principal and move the Court to stay all deadlines in the case for 10 days to

- 1 -
AGREED MOTION TO STAY AND NOTICE OF SETTLEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

November 19, 2020.  The parties seek a stay to avoid incurring unnecessary attorneys' fees and expenses while the parties are finalizing their agreement. Sonohm Licensing has conferred with Broadax Systems and Broadax Systems agrees to the motion.  In support of this agreed motion, Sonohm Licensing states as follows:

Defendant's answer or other response to Plaintiff's Complaint is currently due on November 9, 2020.

All matters in controversy between Sonohm Licensing and Broadax Systems have been settled in principle. The parties require additional time to finalize the agreement and to dismiss the case. The parties, therefore, respectfully request that all hearings and deadlines be stayed for 10 days.

A proposed order granting the Agreed Motion is attached hereto.

November 9, 2020                    By    /s/ *David R. Bennett*
                                          David R. Bennett, Esq.
                                          (Admitted *pro hac vice*)
                                          *Attorneys for Plaintiff*
                                          *Sonohm Licensing LLC*


November 9, 2020                    By    /s/ *Alan Chen*
                                          Alan Chen
                                          RIMON, P.C.
                                          *Attorneys for Defendant*
                                          *Broadax Systems Incorporated*

- 2 -
AGREED MOTION TO STAY AND NOTICE OF SETTLEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 9, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

<u>/s/ *Steven W. Ritcheson*</u>
Steven W. Ritcheson

- 3 -
AGREED MOTION TO STAY AND NOTICE OF SETTLEMENT