JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONOHM LICENSING LLC,**<br><br>Plaintiff,<br>v.<br><br>**BROADAX SYSTEMS INCORPORATED,**<br><br>Defendant. | Case No. 5:20-cv-01776 AB(AFMx)<br><br>[~~PROPOSED~~] **ORDER TO DISMISS BROADAX SYSTEMS INCORPORATED WITH PREJUDICE** |

The Stipulation of Dismissal With Prejudice which stipulates that all claims in this action asserted between Sonohm licensing LLC and Broadax Systems Incorporated are dismissed WITH PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees, is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Sonohm licensing LLC and Broadax Systems Incorporated are DISMISSED WITH PREJUDICE.

//

//

//

//

//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

November 17, 2020

_____
United States District Judge